NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DASSO INTERNATIONAL, INC.,**
*Plaintiff-Appellee*

**EASOON USA, LLC,**
*Plaintiff-Cross-Appellant*
v.

**MOSO NORTH AMERICA, INC., MOSO INTERNATIONAL BV,**
*Defendants-Appellants*

**BRETT KELLY, MARK CLIFTON, DAVID S. OSTERMAN, AKA STEVE OSTERMAN,**
*Defendants-Appellees*

---

2024-1135, 2024-1178

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:17-cv-01574-MFK, 1:19-cv-00564-MFK, Judge Matthew F. Kennelly.

---

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

(1) The appeals are consolidated in the nature of cross-appeals, and one set of briefs should be filed for both appeals. The revised official caption is reflected in this Order. MOSO North America, Inc., and MOSO International BV (jointly, "MOSO") are designated as Appellants. Appeal No. 2024-1178 is designated the cross-appeal.

(2) The briefing schedule for the consolidated appeals shall be as follows: MOSO's principal brief, addressing Appeal No. 2024-1135, is due no later than January 12, 2024. The principal and response brief of Easoon USA, LLC ("Easoon"), addressing both appeals, is due no later than 40 days after service of MOSO's principal brief. A response brief of Dasso International, Inc., addressing Appeal No. 2024-1135, is due no later than 40 days after service of MOSO's principal brief. MOSO's response and reply brief, addressing both appeals, is due no later than 40 days after service of Easoons' principal and response brief. Response briefs of Brett Kelly, Mark Clifton, and David S. Osterman, aka Steve Osterman, are due no later than 40 days after service of Easoons' principal and response brief. Easoons' reply brief, addressing only Appeal No. 2024-1178, is due no later than 21 days after service of MOSO's response and reply brief.

FOR THE COURT

December 14, 2023
Date

Jarrett B. Perlow
Clerk of Court