

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

| | |
|---|---|
| JARRETT B. PERLOW<br>CLERK OF COURT | CLERK'S OFFICE<br>202-275-8000 |

March 18, 2024

**NOTICE OF REVISED CAPTION**

Re: Dasso International, Inc. v. MOSO North America, Inc., Appeal No. 2024-1135

    The court's official caption has been revised to reflect the non-participation of Mark Clifton, Brett Kelly, and David S. Osterman, aka Steve Osterman.

    Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk

Attachment: Revised Official Caption

# Official Caption

**DASSO INTERNATIONAL, INC.,**
*Plaintiff-Appellee*

**EASOON USA, LLC,**
*Plaintiff-Cross-Appellant*

v.

**MOSO NORTH AMERICA, INC., MOSO INTERNATIONAL BV,**
*Defendants-Appellants*

**MARK CLIFTON, BRETT KELLY, DAVID S. OSTERMAN, aka Steve Osterman,**
*Defendants*


# Short Caption

Dasso International, Inc. v. MOSO North America, Inc.